JS-6

Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Dr., Ste 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorney for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS J. WOODS<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant. | Case No. CV12-0799-GAF (MLGx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. is dismissed with prejudice. Plaintiff Thomas J. Woods and Defendant Experian Information Solutions, Inc. shall each bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 20, 2013

_____
Hon. Gary Allen Feess
United States District Judge